STATE OF MAINE
CUMBERLAND, ss

STATE OF MAINE
CUMBERLAND, ss
CLERK'S OFFICE

JAN 25  9 00 AM '02

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. POR-AP-00-009

MARK SANBORN, et al,

       Plaintiffs

   v.

                                  **DECISION AND ORDER**

TOWN OF GRAY, et al,

       Defendants

The plaintiffs appeal the decision of the Town of Gray Zoning Board of Appeals (ZBA), in which the ZBA granted defendant Sullivan's appeal and variance request. For the following reasons, the decision of the ZBA is reversed.[1]

Defendant Sullivan owns property in the Shoreland Zone of Gray. In 1987, defendant Sullivan erected a shed on the property but did not acquire a building permit. The Ordinance in effect in 1987 required a 75-foot setback from the high water line of a body of water and a building permit for any principal or accessory structure. See Record, Ex. H.

In 1999, the Code Enforcement Officer for the Town of Gray sent a notice of violation to defendant Sullivan and informed defendant Sullivan that the shed on his property was in violation of the Town of Gray Building Code and the Town of Gray Shoreland Zoning Ordinance. See Record, Ex. B. Defendant Sullivan wrote to the Code Enforcement Officer and requested that the town grant him a variance so

---

[1] The defendants did not file a brief.

that the shed could remain on defendant Sullivan's property.  See Record, Ex. C.

Defendant Sullivan also applied to the ZBA for a variance.  See Record, Ex. A.   After

two hearings, the ZBA voted in favor of a motion to "grant the appeal of the

decision of the C.E.O."  See Record, Ex. E.  The chairman of the ZBA also signed a

"Certificate of Zoning Variance Approval," which provided "Variance and

Conditions of Variance:  to grant appeal of the decision of the C.E.O."  See Record,

Ex. F.

There is no evidence in the record to support the grant of a variance.  See

Record, Ex. D at 5-6; Record, Ex. E; Record, Ex. G at 36; Record, Attachment 1 at 86-87;

Goldstein v. City of South Portland, 1999 ME 66, ¶ 4, 728 A.2d 164, 165.   There is no

evidence in the record to support a finding, if made, that the shed was a non-

conforming structure and not subject to the setback requirements of the ordinance.

See Record, Ex. B; Record, Ex. D at 5-6; Record, Ex. E; Record, Ex. G at 4; Record, Ex. H,

¶1; Record, Attachment 1 at 83.

The entry is

> The Decision of the Town of Gray Zoning Board of
> Appeals is REVERSED.

Date: January 24, 2002

Nancy Mills,
Chief Justice, Superior Court

Date Filed ___01-31-00___ ___CUMBERLAND___ Docket No. ___AP-00-009___
County

Action ___APPEAL - 80(b)___

MARK SANBORN                              THE TOWN OF GRAY
JOHN GOOSETREY                            THOMAS REINSBOROUGH
GERALD GRANT                              JAMES A. SULLIVAN
RONALD NORTON
PAMELA WILKINSON

vs.

Plaintiff's Attorney | Defendant's Attorney
--- | ---
WILLIAM H. DALE, ESQ. | KEVIN GRIMES, ESQ.  (Sullivan)
NATALIE L. BURNS, ESQ. | 82 PORTLAND ROAD
P.O. BOX 4510 | KENNEBUNK, MAINE  04043
PORTLAND, MAINE  04112 |